# Court of Appeals
# of the State of Georgia

ATLANTA,  September 06, 2019

*The Court of Appeals hereby passes the following order:*

## A20D0052.  JOSHUA AULD v. MINERVA HAYDEE ROSARIO.

Joshua Auld and Minerva Haydee Rosario are the parents of a minor child, born in 2015. In 2017, the trial court granted Auld's petition to legitimate the child and awarded joint legal custody. Thereafter, in 2019, the court awarded Rosario sole legal custody and established a visitation schedule. The court also ordered Auld to pay child support, attorney fees, and a child support arrearage and held him in contempt. Auld filed a timely application from the trial court's order.[1]

To determine whether a party may bring a direct appeal, we look to the issue raised on appeal. See *Voyles v. Voyles*, 301 Ga. 44, 45-46 (799 SE2d 160) (2017). Here, Auld argues, among other things, that the trial court erred in its rulings on custody and visitation. Pursuant to OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. In addition, visitation is considered a custody issue. See OCGA § 19-9-41 (4) (defining "child custody proceeding" as "a proceeding in which legal custody, physical custody, or visitation with respect to a child is an issue"). Because the trial court's order modified custody and visitation, and Auld challenges those rulings on appeal, the order is directly appealable under OCGA § 5-6-34 (a) (11).

---

[1] The trial court entered its order on June 26, 2019. On July 17, Auld filed an emergency motion for an extension of time in which to file his application, which was granted on August 12, and this Court ordered him to file his application within ten days. See Case No. A20E0003 (Aug. 12, 2019). Auld thereafter filed his application on August 22, 2019.

This Court will grant an otherwise timely discretionary application if the lower court's order is directly appealable and the applicant has not already filed a notice of appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Auld shall have ten days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __09/06/2019__
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



             *, Clerk.*